IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AUBREY HARVEY**                                                                                          **PLAINTIFF**

V.                                      No. 4:24-CV-00177-JM-ERE

**COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                                                         **DEFENDANT**

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. No objections have been filed, and the time for doing so has passed. After carefully considering the Recommendation and making *a de novo* review of the record, the Court approves and adopts the Recommendation in its entirety.

Accordingly, the Commissioner's decision is reversed, and this case is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 5th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE