IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AUBREY HARVEY**                                                                                   **PLAINTIFF**

V.                                    No. 4:24-CV-00177-JM-ERE

**COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                                                       **DEFENDANT**

## JUDGMENT

Consistent with today's order, the Commissioner's decision is reversed, and this case is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Judgment is entered for Plaintiff and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED this 5th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE