# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**AUBREY P. HARVEY**                                                                         **PLAINTIFF**

**V.**                                **4:24CV00177JM**

**MARTIN O'MALLEY,**
**Acting Commissioner of Social Security**                         **DEFENDANT**

## ORDER

Plaintiff has filed a motion for attorney's fees, docket #13 under the Equal Access to Justice Act, 28 U.S.C. § 2412. The Commissioner has no objection to an award of fees and costs but argues that the total time expended on the case is excessive. Pursuant to 28 U.S.C. § 2412, the Court finds that the Plaintiff's request is reasonable and she is entitled to attorney's fees, costs and expenses in the amount of $9,285.50. These fees, costs and expenses should be payable directly to Plaintiff and mailed to her attorney. Plaintiff's motion is GRANTED.

IT IS SO ORDERED this 5th day of November, 2024.

_____
James M. Moody Jr.
United States District Judge